Mark H Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com

*Attorneys for Music Tribe Commercial NV Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE SIPE, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>MUSIC GROUP OF LAS VEGAS, LLC d/b/a MUSIC TRIBE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No.   2:20-cv-00299-JCM-BNW<br><br>**MUSIC TRIBE COMMERCIAL NV INC.'S CERTIFICATE OF INTERESTED PARTIES** |

**MUSIC TRIBE COMMERCIAL NV INC.'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to FRCP 7.1, Music Tribe Commercial NV Inc. certifies that it has no parent corporation, and that no publicly held corporation owns ten percent (10%) or more of Music Tribe Commercial NV Inc.'s stock.

Further, pursuant to Local Rule 7.1-1, the undersigned attorney of record for Music Tribe Commercial NV Inc. certifies that no known entity or individual, other than those participating in the case, has or may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: May 5, 2020                                          HUTCHINGS LAW GROUP, LLC

                                                            By:  /s/   *Mark H. Hutchings, Esq.*
                                                                 Mark H. Hutchings, Esq.
                                                                 552 E. Charleston Blvd.
                                                                 Las Vegas, NV 89104
                                                                 Telephone: (702) 660-7700
                                                                 MHutchings@HutchingsLawGroup.com
                                                                 *Attorneys for Music Tribe Commercial NV Inc.*

**MUSIC TRIBE COMMERCIAL NV INC.'S CERTIFICATE OF INTERESTED PARTIES**

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action. My business address is 552 E. Charleston Blvd., Las Vegas, NV 89104.

On the date set forth below, I served the document(s) described as:

1.  **MUSIC TRIBE COMMERCIAL NV INC.'S CERTIFICATE OF INTERESTED PARTIES**

on the person(s) listed below:

**Trevor J. Hatfield, Esq.**
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, NV 89101
*Attorneys for plaintiff Shane Sipe*

__X__  (BY ELECTRONIC SERVICE) Pursuant to Local Rule IC 4-1 of the United States District Court for the District of Nevada, I caused the document(s) described above to be transmitted electronically to the addressee(s) as set forth above.

__X__  (FEDERAL) I declare that I am employed in the office of an attorney admitted to practice in this Court at whose direction the service was made.

Dated: May 5, 2020

*/s/ Helen Buenrostro*
An employee of HUTCHINGS LAW GROUP