Mark H Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com

*Attorneys for Music Tribe Commercial NV Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE SIPE, an individual<br><br>        Plaintiff,<br><br>   v.<br><br>MUSIC GROUP OF LAS VEGAS, LLC d/b/a MUSIC TRIBE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.   2:20-cv-00299-JCM-BNW<br><br>**DEFENDANT MUSIC TRIBE COMMERCIAL NV INC.'S MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |

**PLAINITFF MUSIC TRIBE COMMERCIAL NV INC.'S MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM**

Defendant, MUSIC TRIBE COMMERCIAL NV INC.'S by and through its undersigned counsel of record, hereby respectfully requests that the Court, all parties of record and their respective counsel, please take notice that Alexander M.P. Perry, Esq., of the Champion Law Firm is no longer associated with the above-captioned matter and should be removed from all further notices. The Hutchings Law Group attorney to be noticed for all further filing and hearings is

    Mark H. Hutching, Esq., Nevada Bar 12783

    Email: Mhutchings@hutchingslawgroup.com

Dated: May 21, 2020

HUTCHINGS LAW GROUP, LLC

By: */s/ Mark H. Hutchings*
Mark H. Hutchings, Esq.
552 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 660-7700
*Attorney for Music Tribe Commercial NV Inc.*

IT IS ORDERED that ECF No. 13 is DENIED, as Alexander Perry of the Champion Law Firm was never counsel of record in this matter.

**IT IS SO ORDERED**

**DATED:** May 28, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

1
**PLAINTIFF MUSIC TRIBE COMMERCIAL NV INC.'S MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM**