TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE SIPE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MUSIC GROUP OF LAS VEGAS, LLC, d/b/a/ MUSIC TRIBE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO:  2:20-cv-00299-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Plaintiff SHANE SIPE (hereinafter "Sipe") by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant MUSIC TRIBE COMMERCIAL NV INC., erroneously named as MUSIC GROUP OF LAS VEGAS, LLC d/b/a MUSIC TRIBE (hereinafter "Defendant") and do hereby stipulate and agree to an eight-day extension of time to respond to Defendant's Motion for Summary Judgment (Doc #24) from January 7, 2021 up to and including January 15, 2021.

This extension is requested due to the holiday season as well as counsel closing their offices due to Covid 19.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for the parties to respond to this motion.

1

Accordingly, Plaintiff's shall have up to and including January 15, 2121 to respond to Defendant's Motion to for Summary Judgment.

Dated this 22nd day of December 2020.              Dated this 22nd day of December 2020.

**HATFIELD & ASSOCIATES, LTD.**              **HUTCHINGS LAW GROUP, LLC**

By:   /s/ *Trevor J. Hatfield*                         By:       /s/ *Mark H. Hutchings*
Trevor J. Hatfield, Esq. (SBN 7373)           Mark H. Hutchings, Esq. (SBN 12783)
703 S. Eighth St.                                         552 E. Charleston Boulevard
Las Vegas, Nevada 89101                          Las Vegas, Nevada 89104
Tel.: (702) 388-4469 Tel.                           Tel.: (702) 660-7700
Fax: (702) 386-9825                                   Fax: (702) 552-5202
Email: thatfield@hatfieldlawassociates.com   Email: MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiff*                                *Attorneys for Defendant Music Tribe Commercial NV Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2020.

2

**CERTIFICATE OF SERVICE**

I certify that on December 22, 2020, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this December 22, 2020.                By:        */s/ Freda P. Brazier*
                                             An Employee of Hatfield & Associates, Ltd.