Amanda L. Ireland, Esq.
Nevada Bar No. 13155
**Ireland Law Group, LLC**
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE SIPE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MUSIC TRIBE COMMERCIAL NV INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendant. | Case No.:　2:20-cv-00299-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

　　　　Plaintiff Shane Sipe (hereinafter "Sipe") and Defendant Music Tribe Commercial NV Inc. (hereinafter "Defendant") by and through their respective counsel of record, do hereby stipulate and agree to a further extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment (Doc #24) from February 1, 2021 up to and including February 12, 2021.

　　　　This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' <u>third request</u> for an extension of the time to respond to this motion. The first extension was agreed via stipulation and submitted December 22, 2020 (Doc #25) based on the disruption of the holidays and COVID-19 related office closures. The first extension was granted on December 28, 2020 (Doc #26) and extending the original deadline for Plaintiff to respond from January 7, 2021 to January 15, 2021.

　　　　On January 4, 2021, prior counsel for Plaintiff filed a motion to withdraw (Doc #27) which was granted on January 11, 2021 (Doc #29) and a notice of appearance was subsequently filed by undersigned counsel on January 12, 2021 (Doc #31). Thereafter, Plaintiff filed a Motion

1

for a two-week extension up until January 29, 2021, (Doc #32) (Second Request) to allow new counsel additional time to get up to speed, which the Court granted January 22, 2021. (Doc #34)

    This third request arises from the complexity of the record in this FLSA overtime and wrongful termination action and the unexpected confluence of several expedited matters in Plaintiff's counsel's other cases late January.

    This extension is requested pursuant to an agreement between counsel.

    Accordingly, Plaintiff's shall have up to and including February 12, 2021 to respond to Defendant's Motion to for Summary Judgment.

Dated this 3rd day of February 2021.

IRELAND LAW GROUP, LLC

By: __/s/Amanda L. Ireland__
Amanda L. Ireland, Esq.
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
*Attorney for Plaintiff Shane Sipe*

Dated this 3rd day of February 2021.

HUTCHINGS LAW GROUP, LLC

By: __/s/ Mark H. Hutchings__
Mark H. Hutchings, Esq. (SBN 12783)
552 E. Charleston Boulevard
Las Vegas, Nevada 89104
Tel: (702) 660-7700
Fax: (702) 552-5202
MHutchings@HutchingsLawGroup.com
*Attorney for Defendant Music Tribe Commercial NV Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 5, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of February 2021, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** via Electronic Filing/Service Notification through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTIES |
|---|---|---|
| Mark H. Hutchings, Esq.<br>HUTCHINGS LAW GROUP, LLC<br>552 E. Charleston Blvd.<br>Las Vegas, Nevada 89104<br>MHutchings@HutchingsLawGroup.com | Tel: (702) 660-7700<br>Fax: (702) 552-5202 | Defendant<br>*Music Tribe Commercial NV Inc.* |

*/s/ Anya Karakozov*
_____
An employee of IRELAND LAW GROUP