UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHANE SIPE, | Case No. 2:20-CV-299 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| MUSIC TRIBE COMMERCIAL NV, INC., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R") that former plaintiff's counsel Trevor Hatfield's motion to adjudicate an attorney's lien be granted and Hatfield be awarded $12,000 in attorney's fees and $1,523.79 in costs. (ECF No. 50).

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R (ECF No. 50) be, and the same hereby is, ACCEPTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  The clerk shall ENTER JUDGMENT for Hatfield & Associates, Ltd., and attorney Trevor J. Hatfield, Esq., for $13,523.79 in unpaid attorney's fees and costs.

DATED August 2, 2021.

_____
UNITED STATES DISTRICT JUDGE