AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHANE SIPE,

        Plaintiff,

  v.

MUSIC TRIBE COMMERCIAL NV, INC.,

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-CV-299 JCM (BNW)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered for Hatfield & Associates, Ltd., and attorney Trevor J. Hatfield, Esq., for $13,523.79 in unpaid attorney's fees and costs.

8/2/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk