Mark H Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
300 South 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com

*Attorneys for Music Tribe Commercial NV Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE SIPE, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUSIC GROUP OF LAS VEGAS, LLC d/b/a MUSIC TRIBE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.   2:20-cv-00299-JCM-BNW<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT HEARING** |

COMES NOW, the undersigned parties, by and through their counsel, and stipulate as follows:

1. That the Settlement Conference currently set for October 15, 2021 at 9:00 a.m. should be vacated. Parties have come to a settlement agreement.
2. That the Pre-Settlement Conference telephonic conference currently set for October 14, 2021 at 3:00 p.m. should be vacated.

The Parties anticipate filing a Stipulation and Order to Dismiss this mater within 30 days.

DATED this 12th day of October 2021.

HUTCHINGS LAW GROUP, LLC

/s/ *Mark H. Hutchings*

Mark H. Hutchings, Esq.
Nevada Bar No. 12783
300 South 4th Street, Suite 1400
Las Vegas, NV  89101
*Attorneys for Defendant*

DATED this 12th day of October 2021.

LAW OFFICE OF AMANDA L. IRELAND, LTD

/s/ *Amanda L. Ireland*

Amanda L. Ireland, Esq.
Nevada Bar No. 7373
7854 West Sahara Ave
Las Vegas, NV 89117
*Attorneys for Plaintiff Shane Sipe*

### Order
IT IS ORDERED that ECF No. 60 is GRANTED. IT IS FURTHER ORDERED that the parties must file dismissal documents by 11/15/2021.

IT IS SO ORDERED
DATED: 10:39 am, October 13, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1
STIPULATION AND ORDER TO VACATE SETTLEMENT HEARING