Amanda L. Ireland, Esq.
Nevada Bar No. 13155
The Law Office of Amanda L. Ireland, Ltd.
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE SIPE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MUSIC TRIBE COMMERCIAL NV INC.;<br>DOES I through X, inclusive; ROE<br>CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.:　2:20-cv-00299-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Shane Sipe, by and through his counsel of record, Amanda L. Ireland, Esq. of The Law Office of Amanda L. Ireland, Ltd., and Defendant Music Tribe Commercial NV, Inc., by and through its counsel of record, Mark H. Hutchings, Esq., of Hutchings Law Group, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). This dismissal includes all claims and counterclaims asserted or that could have been asserted by the parties hereto.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

1 | IT IS SO STIPULATED.

2 | Dated this 25th day of October 2021.    Dated this 25th day of October 2021.

3 | THE LAW OFFICE OF AMANDA L. IRELAND, LTD.    HUTCHINGS LAW GROUP, LLC

4 | /s/ Amanda L. Ireland    /s/ Mark Hutchings
By: _____    By: _____
5 | Amanda L. Ireland, Esq.    Mark H. Hutchings, Esq. (SBN 12783)
7854 West Sahara Ave.    552 E. Charleston Boulevard
6 | Las Vegas, Nevada 89117    Las Vegas, Nevada 89104
7 | Tel: (702) 427-2110    Tel: (702) 660-7700
Fax: (702) 441-7637    Fax: (702) 552-5202
8 | amanda@irelandlawgroup.com    MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiff Shane Sipe*    *Attorney for Defendant Music Tribe*
9 |     *Commercial NV Inc.*

## ORDER

Upon stipulation of the parties, by and through their counsel, the above-captioned action, including all claims and counterclaims asserted or that could have been asserted, is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: November 3, 2021

Sipe v. Music Tribe Stipulation to Dismiss - Message - Mail

## RE: Sipe v. Music Tribe Stipulation to Dismiss



**Mark Hutchings** <mhutchings@hutchingslawgroup.com>
10/27/2021 10:26 AM

To: Ireland, Amanda  Cc: Helen Buenrostro; Michelle Faughnan

Amanda,

Please accept this email as authorization to affix my e-signature to the SAO for Dismissal.

Thank you,

Mark H. Hutchings, Esq.
**Hutchings Law Group, LLC**
300 South 4th Street, Suite 1400
Las Vegas, NV 89101
P: 702-660-7700
F: 702-552-5202
Mhutchings@HutchingsLawGroup.com

This electronic message contains information from the law firm of Hutchings Law Group, LLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mhutchings@HutchingsLawGroup.com

---

From: Ireland, Amanda <amanda@irelandlawgroup.com>
Sent: Monday, October 25, 2021 10:43 AM
To: Mark Hutchings <mhutchings@hutchingslawgroup.com>
Cc: Helen Buenrostro <helen@hutchingslawgroup.com>; Michelle Faughnan <michelle@irelandlawgroup.com>
Subject: Sipe v. Music Tribe Stipulation to Dismiss

Mark,

Please find attached a signed stipulation to dismiss this action. As soon as you advise your approval and permission to affix your electronic signature, I will file it with the court.

Thank you,

Amanda L. Ireland, Esq.
Owner | Attorney at Law
7854 West Sahara Ave. Las Vegas, NV 89117
1455 Pennsylvania Ave. NW Ste 400, Washington DC 20004
NV: 702-803-3425 | DC: 202-489-0814 | Cell: 702-427-2110
Fax: 702-441-7637 | Website: www.amandairelandlaw.com

